FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 23 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUGIERO VALENCIA, also known as Jose Gutierrez-Ramirez, Favio Martinez-Sanchez, Frank Montes, Eric Montana;<br>**VALENTIN VALENCIA**, also known as **Luis Farias Gonzales**, Tarsan Lopez-Perez, Veto Mendoza-Mendoza, Axel Galarza-Torres, Valentine, Cabezon; and HUMBERTO J. VALENCIA-GONZALEZ, also known as Froilan Gonzalez, Juvenal, Juve,<br><br>Defendants. | NO: CR-03-2187-WFN<br>CR-03-2188-WFN<br>CR-03-2189-WFN<br><br>ORDER DISMISSING INDICTMENT AND SUPERSEDING INDICTMENT |

Upon motion of the Plaintiff, United States of America,

IT IS HEREBY ORDERED that the Indictment dated October 15, 2003 and the Superseding Indictment dated April 13, 2004, as to Defendants Rugiero Valencia, Valentin Valencia and Humberto J. Valencia-Gonzalez only are hereby dismissed.

DATED this 23rd day of November, 2005.

Wm. Fremming Nielsen, Senior
United States District Judge